U.S. District Court
Wisconsin Eastern
SEP 18 2026
FILED
Clerk of Court

# COMPLAINT

**(for non-prisoner filers without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Kathleen Lider

v.

Case Number:

26-cv-1707

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Aurora Hospital
Aurora Health Center

---

A. PARTIES

1. Plaintiff is a citizen of WI (State) and resides at Harbor Haven 459 East 15th St Fond du lac WI 54935 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Aurora Health Center (Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at 3900 union Ave Sheboygan WI 53081
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Aurora medical Center
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Aurora Medical team, each defendant Miss dignosed Kathleen Lider from wrong Meds to Misdigonoss to Now living in a health and rehibitation center. They misdignosed so Bad that they told her daughter that she only had a few months and that she had severe Dementia and only had few months to live, Made her daughter sell her house because they would not listen to her daughter explaning She has issues with bladder infections.

This all happened May 22. 2025, and happened while she was admitted and still admitted. They did because they were not doing there Job and looking into medical history.

Angie Koenig
W4646 County Rd. U
Plymouth, WI 53073

Aurora Medical center

(Kathleen M. Lider)
My mom was displaying weird behavior. She believed the city was trying to steal her house and was also having hallucinations. She believed someone was trying to poisen her + her dog. She was being treated for a bad UTI right before this all got bad. She was given meds for but only took 2 doses + stopped and its like it made everything worse. She started to destroy her beautiful home saying if they are going to take my home they will have to fix it up like she did. I tried very hard to get her to go to the hospital but she refused as she did not believe I was her daughter. I had to call protective servicises for help. She was admitted on May 22 2025. She would not let anyone help her so it was hard to do testing. I told them over + over to treat her for her UTI but was told by them it was severe dementia after weeks of them trying to figure it out. Told me she was not going to get better and I had to think long term because she was probably going to die from this severe case of dementia and that I needed to find a home to take her. And they hounded me everyday the home to send her too telling me I needed to sell her home + belongings as soon as possiable to pay for the home. The floor she was on had a different Dr every Tues. a new one for the week. They tried several

different meds nothing worked. She only time she got even alittle better is after they finnally treated her with meds for a UTI. But it never got rid of what she had all the way and would be right back to where we started. After about 5 months of this she ended up getting c-diff. and was treated for that when she started to come back to herself! I seen her almost everyday from day one. She then seemed almost her normal self. She then ended up w/severe case of a yeast infection which was horrific as they didnt believe that she had one and kept treating her with meds that didnt work. It was creams to put on which she ended up being allergic to then broke out with ~~pustules~~ (bad rash) all over her bottom it was so raw she couldnt sit! I specifically told them she had a yeast infection + told them when they started her on the antibiotics she would need something for it and some probiotics for gut bacteria because she alway needed it. 3 weeks she suffered. I finnally got a dr to treat her for it! One pill and she was better for the yeast infection. I came in and the sitter says your mom is back she has her brain back!! And she was the best I seen in 5 months or more. There are so many things wrong with this whole thing. So many to count. All this happend right when her house sold & they found a place to send her too! Im still trying to get her out of where she is at.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 2,000,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I Want Money And my house back I was forced to sell. Then pain and suffering for me and my family. and to get these doctors proper medical training!

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 30th day of August 2026.

Respectfully Submitted,

Kathleen [signature]
Signature of Plaintiff

920-906-3864
Plaintiff's Telephone Number

n/a
Plaintiff's Email Address

Harbor Haven Health & Rehab
459 East First Street
Fond-du-lac, WI 54935
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.